# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YERI VALENTIN-VARGAS,

    Defendant.

Case No. 2:19-cr-00100-JAD-NJK

**ORDER**

ECF No. 25

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on October 28, 2019 at the hour of 11:00 a.m., be vacated and continued to January 6, 2020, at the hour of 9:30 a.m.

    DATED this 22nd day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE

3