**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YERI VALENTIN-VARGAS,<br><br>    Defendant. | Case No. 2:19-cr-00100-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 27 |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on January 6, 2020 at the hour of 9:30 a.m., be vacated and continued to February 4, 2020, at the hour of 10:00 a.m.

DATED this 31st day of December, 2019.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE